THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAM BECKER, Appellant, against JOHN A. LYONS, as State Commissioner of Correction, Respondent.

Submitted October 17, 1949; decided December 1, 1949.

*Nathaniel L. Goldstein, Attorney-General (William S. Elder, Jr., of counsel), for motion.*

No one opposed.

Motion granted and appeal dismissed.